UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HotelsbyDay, LLC,

                Plaintiff,

        v.

DayUse SAS and DayStayLLC,

               Defendants.

No. 21-CV-7772 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the conference originally scheduled for January 7, 2022 is hereby rescheduled to January 11, 2022 at 4:00 p.m.  The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.

SO ORDERED.

Dated:    January 7, 2022
              New York, New York

                                              Ronnie Abrams
                                              United States District Judge