UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HotelsbyDay, LLC,

                Plaintiff,

      v.

DayUse SAS and DayStayLLC,

               Defendants.

No. 21-CV-7772 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court held an initial pretrial conference in this matter on January 11, 2022. For the reasons stated at the conference, it is hereby ORDERED that discovery in this matter shall be stayed, pending resolution of Defendants' motions to dismiss.

IT IS FURTHER ORDERED that the parties shall meet and confer regarding redactions to Plaintiff's Exhibit A to the Amended Complaint, and any documents that reproduce the potentially sensitive information contained therein. The Clerk of Court is respectfully directed to restrict access to docket entries 11-1 (Exhibit A), 25 and 34 (Plaintiff's oppositions excerpting Exhibit A), such that they may only be viewed by the parties, their counsel, and the Court. The Court will address the Defendants' motion to permanently seal these documents in its ruling on the motions to dismiss.

SO ORDERED.

Dated:    January 12, 2022
             New York, New York

                                                         Ronnie Abrams
                                                          United States District Judge