UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOTELSBYDAY LLC,

                Plaintiff,

v.

DAYUSE SAS and DAYSTAY LLC,

                Defendants.

No. 21-CV-7772 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      Pending before the Court are Defendants DayUse and DayStay's motions to dismiss the complaint. For reasons that will follow, DayUse's motion is granted with respect to the unfair competition and false advertising claims but denied with respect to the trademark infringement claim, and DayStay's motion to dismiss for lack of personal jurisdiction is granted. The parties shall appear for a conference on September 27, 2022 at 2:00 p.m. Unless the parties request otherwise, the conference will be held via telephone. The parties may dial into the conference using the following information: Call-In Number: (888) 363-4749; Access Code: 1015508. This line is open to the public. If the proposed time is inconvenient for the parties, they are directed to confer before suggesting alternative times to the Court.

      The Clerk of Court is respectfully directed to terminate the motions pending at docket entries 22 and 29.

SO ORDERED.

Dated:    September 22, 2022
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge