

GEARHART LAW, LLC
41 River Road
Summit, NJ 07901
(908) 273-0700
www.gearhartlaw.com
Licensed in NJ, NY, MA and USPTO

September 23, 2022

**VIA ECF**

The Hon. Ronnie Abrams
The United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: *HotelsbyDay, LLC v. DayUse SAS and DayStay, LLC*
Case No. 1:21-cv-07772-RA

Dear Judge Abrams:

    We are counsel to Plaintiff HotelsbyDay, LLC. in the above-captioned matter. We seek to adjourn the September 27, 2022 telephone conference call, which was scheduled by Your Honor on September 22, 2022 via ECF Docket/Text. Counsel for Plaintiff is observing a religious holiday on September 27. We conferred with Defendants' counsel, who has consented to the adjournment of the Telephone Conference call. Counsel for Plaintiff and Defendants are available as follows:

    October 11, 2022:  10:00 a.m. – 11:00 a.m.
    October 13, 2022:  9:00 a.m. – 10:00 a.m.
    October 18, 2022:  1:00 p.m. – 2:00 p.m.
    October 20, 2022:  10:00 a.m. – 12:00 p.m.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ *David Postolski, Esq.*

David Postolski, Esq.

DP:ams
cc: Scott J. Sholder, Esq. *via ECF*
    CeCe M. Cole, Esq. *via ECF*

Application granted.  The conference is hereby rescheduled to October 11, 2022 at 10:00 a.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
9/26/22