| | |
|---|---|
| USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOTELSBYDAY, LLC,

                  Plaintiff,

       v.

DAYUSE SAS, and DAYSTAY LLC,

                  Defendants.

No. 1:21-cv-7772 (RA) (SDA)

ORDER

RONNIE ABRAMS, United States District Judge:

      As the Court indicated in its oral ruling today, Plaintiff is granted leave to amend its complaint within 30 days.  Also within 30 days, the parties shall file a status letter.  Finally, by separate order, the Court will refer the case to Magistrate Judge Aaron for a settlement conference.

SO ORDERED.

Dated:    October 11, 2022
            New York, New York

                                                Hon. Ronnie Abrams
                                                United States District Judge