USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOTELSBYDAY, LLC,

                Plaintiff,

v.

DAYUSE SAS, and DAYSTAY LLC,

                Defendants.

No. 1:21-cv-7772 (RA) (SDA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On January 12, 2022, the Court ordered that discovery in this matter shall be stayed pending resolution of Defendants' motions to dismiss. Given that the Court has now ruled on the motions to dismiss, the stay of discovery is hereby lifted.

SO ORDERED.

Dated:    October 11, 2022
           New York, New York

                                      Hon. Ronnie Abrams
                                      United States District Judge