```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HoltelsbyDay, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>DayUse SAS and DayStay, LLC,<br><br>　　　　　　　　　　Defendants. | 1:21-cv-07772 (RA) (SDA)<br><br>ORDER RESCHEDULING<br><u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

The settlement conference currently scheduled for Monday, December 12, 2022, at 10:00 a.m. is rescheduled to Tuesday, December 13, 2022, at 10:00 a.m. The settlement shall proceed by Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:　　　New York, New York
　　　　　　November 16, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　STEWART D. AARON
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge