

| | | |
|---|---|---|
| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | 41 MADISON AVENUE<br>NEW YORK, NY 10010<br>T: 212 974 7474<br>F: 212 974 8474<br>www.cdas.com | SCOTT J. SHOLDER<br>212 974 7474<br>SSHOLDER@CDAS.COM |

November 17, 2022

**VIA ECF**
Hon. Ronnie Abrams
The United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re:* *HotelsbyDay, LLC v. DayUse SAS and DayStay, LLC*, Case No. 1:21-cv-07772-RA

Dear Judge Abrams:

This firm represents Defendant DayUse SAS ("DayUse") in the above-captioned action. We write jointly with Plaintiff HotelsbyDay, LLC ("Plaintiff") pursuant to Rules 1.A and 1.D of Your Honor's individual practices to update Your Honor on the status of the parties' November 15, 2022 settlement conference before Magistrate Judge Aaron and to request limited interim relief concerning discovery and DayUse's time to answer the complaint.

Settlement discussions are ongoing, and the parties have scheduled a follow-up conference with Magistrate Judge Aaron for December 13, 2022 once DayUse has produced initial documentation to Plaintiff that will inform the settlement negotiations. Accordingly, and as discussed with Magistrate Judge Aaron, the parties respectfully jointly request that discovery be stayed and that DayUse's time to file an answer (and potential counterclaims) be extended during the pendency of the parties' settlement negotiations. This is DayUse's first request for an extension of time to answer, and no other dates will be immediately impacted given that the first discovery deadline is January 21, 2023. *See* ECF No. 36. The parties respectfully request that in the event they are unable to reach a settlement, the Court allow the parties to meet and confer and submit a revised Case Management Plan.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
United States District Judge
11/18/2022

**COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP**

By: /s/ Scott J. Sholder
Scott J. Sholder
CeCe M. Cole
41 Madison Avenue, 38th Floor
New York, NY 10010
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com
*Attorneys for Defendants*