UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOTELSBYDAY, LLC,

                Plaintiff,

v.

DAYUSE SAS, and DAYSTAY LLC,

                Defendants.

No. 21-cv-7772 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

      The parties filed a stipulation of dismissal with prejudice, *see* Dkt. 60, which has been referred to this Court by the Clerk of Court because the stipulation does not clarify whether dismissal is to be effective against both Defendants, or only against Defendant DayUse SAS (as reflected by counsel's signature block). Should the parties wish for the action to be dismissed in its entirety, they shall file an amended stipulation accordingly.

SO ORDERED.

Dated:     February 15, 2023
              New York, New York

                                      Hon. Ronnie Abrams
                                      United States District Judge